NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOAO BOCK TRANSACTION SYSTEMS, LLC,**
*Plaintiff-Appellant,*

v.

**JACK HENRY & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2015-1245

---

Appeal from the United States District Court for the District of Delaware in No. 1:12-cv-01138-SLR, Judge Sue L. Robinson.

---

**ON MOTION**

---

Before MOORE, *Circuit Judge.*

**O R D E R**

Jack Henry & Associates, Inc. moves to stay this appeal of the district court's summary judgments of no infringement and invalidity pending the district court's ruling on its motion for attorney's fees. Joao Bock Transaction Systems, LLC opposes.

Upon consideration thereof,

2         JOAO BOCK TRANSACTION SYSTEMS v. JACK HENRY & ASSOCIATES, INC.

IT IS ORDERED THAT:

The motion is denied.  Joao Bock's opening brief is due no later than 40 days from the date of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25